PER CURIAM.
Affirmed. Driscoll v. Morris, 114 So.2d 314 (Fla. 3d DCA 1959); Marks v. State Road Dep’t, 69 So.2d 771 (Fla.1954); Thomas v. Lumbermens Mut. Cas. Co., 424 So.2d 36 (Fla. 3d DCA 1982); Powell v. State, 414 So.2d 1095 (Fla. 5th DCA 1982); Fern v. Krantz, 351 So.2d 1144 (Fla. 3d DCA 1977); Reliable Servs., Inc. v. Taft, 247 So.2d 97 (Fla. 3d DCA 1971); § 59.041, Fla.Stat. (1985).